UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number 2:02-CR-605-LDG-RJJ |
| ) | 2:11-CR-167-LDG-RJJ |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| vs. ) | <u>REVOCATION HEARING</u> |
| ) | |
| RAUL LARA, ) | |
| ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the revocation hearing in the above-captioned matter currently scheduled for June 15, 2011 at the hour of 10:00 a.m. be vacated and continued to WEDNESDAY, JUNE 29, 2011 at the hour of 10:00 AM in LV courtroom 6B.

Dated this 14 day of June, 2011

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE