UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:02-cr-605-LDG-RJJ |
| --- | --- |
| Plaintiff, | 2:11-cr-167-LDG-RJJ |
| vs. | **ORDER** |
| RAUL LARA, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. RAUL LARA.

On JUNE 29, 2011, this court held a hearing for revocation of supervised release as to defendant RAUL LARA. The Government and the U. S. Probation department request that the revocation and sentencing disposition be continued to allow RAUL LARA to participate in the C.A.R.E Program for a period of up to seven (7) months and reside in a Residential Re-entry Center for five (5) months following the completion of the C.A.R.E Program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant RAUL LARA participate in the C.A.R.E Program for up to seven (7) months and in reside in a Residential Re-entry Center for five (5) months following the completion of the C.A.R.E Program.

DATED: JULY 7, 2011.

_____
UNITED STATES DISTRICT JUDGE